**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | Nos. 11-30222 |
| Plaintiff - Appellee, | 11-30224 |
| v. | D.C. Nos. 2:10-cr-00156-LRS |
| | 2:10-cr-00160-LRS |
| LUIS ANGEL BOTELLO, a.k.a. Juan Rodriguez-Jimenez, | MEMORANDUM[*] |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the Eastern District of Washington
Lonny R. Suko, District Judge, Presiding

Submitted February 21, 2012[**]

Before:     FERNANDEZ, McKEOWN, and BYBEE, Circuit Judges.

In these consolidated appeals, Luis Angel Botello appeals from the

63-month sentence imposed following his guilty-plea conviction for being an alien

in the United States after deportation, in violation of 8 U.S.C. § 1326, and from the

---

[*]     This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

six-month concurrent sentence imposed following revocation of supervised release. We have jurisdiction under 28 U.S.C. § 1291, and we affirm

Botello contends his sentences are substantively unreasonable. The within-Guidelines sentences are substantively reasonable in light of the totality of the circumstances and the sentencing factors set forth in 18 U.S.C. §§ 3553(a) and 3583(e). *See United States v. Carty*, 520 F.3d 984, 992-93 (9th Cir. 2008) (en banc).

**AFFIRMED.**

11-30222